brief as *amici curiae* granted. Certiorari denied.

No. 02–493.  CARRANZA-HERNANDEZ *v.* ALTUS FINANCE CORP. ET AL.; and CARRANZA-HERNANDEZ ET AL. *v.* ARTEMIS S. A. ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.  Reported below: 33 Fed. Appx. 364 (first judgment); 34 Fed. Appx. 593 (second judgment).

No. 02–517.  AIG LIFE INSURANCE CO. *v.* PADFIELD.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–570.  WALSTON *v.* LOCKHART ET AL.  Ct. App. Tex., 10th Dist.  Motion of Public Citizen for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 02–571.  PATTERSON ET AL. *v.* BOLLINGER ET AL.  C. A. 6th Cir.  Certiorari before judgment denied.

No. 02–7529 (02A429).  KING *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

No. 01–1678.  RAYBURN *v.* SECURITIES AND EXCHANGE COMMISSION, *ante,* p. 816;
No. 01–1688.  FRIDAY ET UX. *v.* WHITTLE AND ROPER REAL ESTATE FIRM ET AL., *ante,* p. 816;
No. 01–1690.  HILL *v.* AMERICAN MEDICAL ASSN. ET AL., *ante,* p. 816;
No. 01–1745.  GOODIN *v.* CITY OF JACKSONVILLE ET AL., *ante,* p. 819;
No. 01–1770.  HEMPHILL *v.* MCNEIL-PPC, INC., *ante,* p. 820;
No. 01–1794.  MELENDREZ *v.* SEIB ET AL., *ante,* p. 821;
No. 01–1827.  FACE, VIRGINIA COMMISSIONER OF FINANCIAL INSTITUTIONS, ET AL. *v.* NATIONAL HOME EQUITY MORTGAGE ASSN., *ante,* p. 802;

No. 01–9400. GONZALEZ ET UX. *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; GONZALEZ ET UX. *v.* RIDDLE ET AL.; and GONZALEZ ET UX. *v.* ELDORADO BANK ET AL., 535 U. S. 1121;

No. 01–9880. RASTEN *v.* BOURNEWOOD HOSPITAL ET AL., *ante,* p. 829;

No. 01–9996. JAMES *v.* UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, *ante,* p. 831;

No. 01–10077. WINKE *v.* WINKE, *ante,* p. 834;

No. 01–10083. BATOR *v.* HALLOCK ELECTRIC ET AL., *ante,* p. 834;

No. 01–10138. WHIGHAM *v.* DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT ET AL., *ante,* p. 835;

No. 01–10282. LUCAS *v.* GEORGIA, *ante,* p. 840;

No. 01–10286. PAYNE *v.* WEST VIRGINIA PUBLIC SERVICE COMMISSION ET AL., *ante,* p. 840;

No. 01–10290. HAYES *v.* UNITED STATES, *ante,* p. 840;

No. 01–10301. COMPTON *v.* OREGON, *ante,* p. 841;

No. 01–10437. GRIMES *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 844;

No. 01–10472. RASTEN *v.* GOLDBERG ET AL., *ante,* p. 829;

No. 01–10526. THOMAS *v.* MCLEMORE, WARDEN, *ante,* p. 847;

No. 01–10783. GUY *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, *ante,* p. 863;

No. 01–10803. ARMSTRONG *v.* COMMODITY FUTURES TRADING COMMISSION ET AL., *ante,* p. 864;

No. 01–10804. THIBEAUX *v.* KLEMAN, *ante,* p. 864;

No. 01–10906. MCPHERSON *v.* GEORGIA, *ante,* p. 870;

No. 01–10919. THOMPSON *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL., *ante,* p. 871;

No. 01–10968. RASTEN *v.* TOWN OF BROOKLINE, MASSACHUSETTS, ET AL., *ante,* p. 874;

No. 02–4. BRUETMAN *v.* HERBSTEIN, *ante,* p. 878;

No. 02–68. GIULIANI *v.* UNITED STATES ET AL., *ante,* p. 882;

No. 02–101. JOHN STREET LEASEHOLD, LLC *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., *ante,* p. 883;

No. 02–104. IN RE PERRY, *ante,* p. 811;

No. 02–224. KNOX *v.* POTTER, POSTMASTER GENERAL, *ante,* p. 887;

No. 02–344. WARMBRUN *v.* SAMSON, ATTORNEY GENERAL OF NEW JERSEY, *ante,* p. 950;

No. 02–5017. BUSBY *v.* INTERNAL REVENUE SERVICE, *ante,* p. 890;

No. 02–5082. YOUNG *v.* HUGHS ET AL., *ante,* p. 893;

No. 02–5102. BORTH *v.* WALKER ET AL., *ante,* p. 894;

No. 02–5131. GONZALEZ ET VIR *v.* STATE BAR OF CALIFORNIA ET AL., *ante,* p. 896;

No. 02–5152. LANGWORTHY *v.* GOICOCHEA, *ante,* p. 898;

No. 02–5238. POTTS *v.* DeWEESE ET AL., *ante,* p. 903;

No. 02–5322. CONNER *v.* HEAD, WARDEN, *ante,* p. 908;

No. 02–5377. RASTEN *v.* GELBOND, *ante,* p. 911;

No. 02–5396. WHITAKER *v.* VIRGINIA ET AL., *ante,* p. 913;

No. 02–5412. IN RE WOJNICZ, *ante,* p. 811;

No. 02–5439. BUFORD *v.* EMPLOYEES OF SOLANO STATE PRISON ET AL., *ante,* p. 915;

No. 02–5500. KENLEY *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 919;

No. 02–5562. JAMES *v.* UNITED STATES, *ante,* p. 923;

No. 02–5581. SHORE *v.* FEDERAL EXPRESS CORP., *ante,* p. 924;

No. 02–5641. GLEBOCKI *v.* CITY OF CHICAGO, ILLINOIS, ET AL., *ante,* p. 952;

No. 02–5646. WRIGHT *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER, *ante,* p. 953;

No. 02–5658. MURDOCK *v.* MICHIGAN DEPARTMENT OF TREAS-URY, *ante,* p. 927;

No. 02–5719. IN RE FINK, *ante,* p. 946;

No. 02–5760. BURNS *v.* FLORIDA ET AL., *ante,* p. 955;

No. 02–5783. JARRETT *v.* ASHCROFT, ATTORNEY GENERAL, ET AL., *ante,* p. 931;

No. 02–6094. DOUGHERTY *v.* UNITED STATES, *ante,* p. 940;

No. 02–6124. CONTEH *v.* KANDARIAN, *ante,* p. 961; and

No. 02–6157. BEATON-PAEZ *v.* UNITED STATES, *ante,* p. 962. Petitions for rehearing denied.

DECEMBER 3, 2002

No. 02–7659. KING *v.* MOORE, SECRETARY, FLORIDA DEPART-MENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.